UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|         Plaintiff,       ) | |
| )  | |
| vs.       ) | Cause No. 1:11-cr-0097-SEB-DKL-1 |
| )  | |
| WENDALL LEE CHEESE,       ) | |
|         Defendant.       ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark J. Dinsmore=s Report and Recommendation that Wendall Lee Cheese=s supervised release be modified, pursuant to Title 18 U.S.C. ' 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court now approves and adopts the Report and Recommendation as follows:

1. For sixty (60) days, defendant is placed on house arrest at his residence and only permitted out for employment, religious services, medical and other activities approved by his probation officer;
2. The defendant is to pay the expense of electronic monitoring; and
3. The defendant is subject to the previously-ordered conditions of supervised release imposed at sentencing.

**IT IS SO ORDERED.**

Date: 03/31/2014

*[signature]*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to counsel of record via electronic notification.

U. S. Parole and Probation