UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 1:11-cr-0097-SEB-DKL-1 |
| WENDALL LEE CHEESE, | ) | |
| Defendant. | ) | |

## Order Adopting Report and Recommendation

Having reviewed Magistrate Judge Debra McVicker Lynch's Report and Recommendation that Wendall Lee Cheese's supervised release be modified, pursuant to 18 U.S.C. §§ 3401(i) and 3583(e) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure*, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and ORDERS:

(a) Mr. Cheese's supervised release is modified;

(b) Mr. Cheese's supervised release is to include a period of residence at an Residential Reentry Center ("RRC") for a period up to 180 days and 2 years of additional supervised visitation to follow.

SO ORDERED.

03/10/2015

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office

United States Marshal